UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BP EXPRESS, LLC, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No.: 3:22-CV-462-TAV-DCP |
| | ) | |
| SUPPLY CHAIN WAREHOUSES SAVANNAH, LLC, | ) ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## **ORDER**

This civil case is before the Court on defendant's Suggestion of Bankruptcy [Doc. 16]. Accordingly, this case is **STAYED** pursuant to the automatic stay provisions of 11 U.S.C. § 362. The case will remain stayed pending resolution of the bankruptcy proceeding. The parties are **ORDERED** to notify the Court within **ten (10) days** of any resolution of the bankruptcy proceeding or the bankruptcy court granting the parties relief from the automatic stay.

The parties are further **ORDERED** to file a status report regarding the status of the bankruptcy proceeding **ninety (90) days** from the date of this Order, and every **ninety (90) days thereafter**, until the bankruptcy proceeding is concluded.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE